**Hyman ADELBERG v. W. M. CUNNINGHAM, Trustee of Estate of Sol Jacobs, and Hyman Adelberg, Individually and as Copartners, d. b. a. New York Outlet, Bankrupts.**

Circuit Court of Appeals, Sixth Circuit.
April 2, 1929.

No. 5102.

John J. Sterling, of Benton Harbor, Mich., for plaintiff in error.

Hilding & Hilding, of Grand Rapids, Mich., for defendant in error.

PER CURIAM. Order of District Court affirmed, upon authority of Oriel v. Russell and Prela v. Hubshman, 49 S. Ct. 173, 73 L. Ed. ——, decided by the Supreme Court on January 14, 1929. See, also, 21 F.(2d) 1006.

**AMERICAN TRANSPORTATION COMPANY, Appellee, v. SWIFT & COMPANY, Appellant. SWIFT & COMPANY, Appellant, v. AMERICAN TRANSPORTATION COMPANY, Appellee. AMERICAN TRANSPORTATION COMPANY, Appellee, v. ARMOUR & COMPANY, Appellant. ARMOUR & COMPANY, Appellant, v. AMERICAN TRANSPORTATION COMPANY, Appellee. AMERICAN TRANSPORTATION COMPANY, Appellee, v. WILSON & COMPANY, Inc., Appellant. WILSON & COMPANY, Inc., Appellant, v. AMERICAN TRANSPORTATION COMPANY, Appellee.**

Circuit Court of Appeals, Second Circuit.
June 3, 1929.

Nos. 310–312.

Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City (Charles R. Hickox and Clement C. Rinehart, both of New York City, of counsel), for appellants.

Loomis & Ruebush, of New York City (Homer L. Loomis and Reginald B. Williams, both of New York City, of counsel), for appellees.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decrees affirmed on opinion below (30 F.(2d) 159).

**James BOMARITO v. UNITED STATES.**

Circuit Court of Appeals, Sixth Circuit.
May 15, 1929.

No. 5431.

James J. Spillane, of Detroit, Mich., for appellant.

John R. Watkins, U. S. Atty., of Detroit, Mich.

PER CURIAM. Docketed and dismissed, pursuant to motion of counsel for appellee.

**Pete BOMMARITO and John Rice, alias John Stone, v. UNITED STATES.**

Circuit Court of Appeals, Sixth Circuit.
May 15, 1929.

No. 5430.

John A. Baxter, of Detroit, Mich., for appellant.

John R. Watkins, U. S. Atty., of Detroit, Mich.

PER CURIAM. Docketed and dismissed, pursuant to motion of counsel for appellee.

**CENTRAL UNION DEPOT & RAILWAY CO. v. Charles W. MARSH.**

Circuit Court of Appeals, Sixth Circuit.
April 5, 1929.

No. 5150.

Harmon, Colston, Goldsmith & Hoadly and H. N. Quigley, all of Cincinnati, Ohio, for appellant.

Bernsteen & Bernsteen and Paul R. Brown, all of Cleveland, Ohio, for appellee.

PER CURIAM. Judgment of the District Court affirmed.